UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **JENNIFER BIRDWELL and** ) | |
| **MICHAEL BIRDWELL,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | **Case No. 3:07-0629** |
| ) | **Judge Echols** |
| **TIMOTHY CORSO, in his individual** ) | |
| **and official capacities, and the CITY OF** ) | |
| **RIDGETOP, TENNESSEE,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons set forth in the accompanying memorandum, the Court hereby enters the following rulings:

(1) Plaintiffs' Motion to Strike (Docket Entry No. 53) is hereby DENIED; and

(2) Defendant City of Ridgetop's Motion for Summary Judgment (Docket Entry No. 47) is hereby GRANTED IN PART and DENIED IN PART. The Motion is GRANTED with respect to Plaintiffs' failure to train and failure to supervise claims under 42 U.S.C. § 1983, but DENIED with respect to Plaintiffs' hiring claim under 42 U.S.C. § 1983 and Plaintiffs' state law claims.

The Final Pretrial Conference will be held at 1:00 p.m. on June 22, 2009, as previously scheduled. Also as previously scheduled, the jury trial in this case will commence on July 21, 2009 at 9:00 a.m.

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE